THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| BRIANA FORDAHL, individually and as guardian and parent of C.F., a minor child,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC. and JOHN DOES 1 through 5,<br><br>Defendants. | No. 2:19-cv-01833-BJR<br><br>STIPULATION FOR AND ORDER OF DISMISSAL |

## I. STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the claims in the above-entitled matter have been fully settled and compromised and this matter may be dismissed with prejudice and without costs. This settlement involving claims of a minor has been approved by the King County Superior Court. The parties jointly request that the subjoined agreed order be entered by the court. The parties waive notice of presentment.

//

STIPULATION FOR AND ORDER OF
DISMISSAL - 1



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

1    Dated:  September 24, 2020.

2    DAVIS LAW GROUP                    TURNER KUGLER LAW, PLLC

3    By:_____*s/* Peter J. Balzarini_____    By:____*s/* John T. Kugler_____
         Peter J. Balzarini, WSBA #52854         John T. Kugler, WSBA #19960

4        Attorney for Plaintiff               Attorney for Defendant Safeway Inc.

5
                              **II.  ORDER**
6
         THIS MATTER came before the court based upon the foregoing stipulation of the
7
     parties for dismissal.  It is hereby ORDERED, ADJUDGED AND DECREED that the
8
     above-entitled matter be and the same is hereby dismissed with prejudice and without
9
     costs.
10
         Dated:  this 25th day of September, 2020.
11

12

13

14   _____
     BARBARA J. ROTHSTEIN
     U.S. District Court

15

16

17

18

19

20

21

22

23

24

25

STIPULATION FOR AND ORDER OF
DISMISSAL - 2

Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679